**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**THE ESTATE OF STANLEY CRAIG WATSON, DECEASED, and BRENDA SMITH** **PLAINTIFFS**

**VS.** **Case No. 1:21-cv-00320-HSO-MTP**

**CHEVRON U.S.A. INC. and FIDELITY WORKPLACE SERVICES, LLC** **DEFENDANTS**

---

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

---

Plaintiff, The Estate of Stanley Craig Watson, Deceased (the "Estate"), and Defendants, Chevron U.S.A. Inc. and Fidelity Workplace Services, LLC, have announced to the Court a settlement of the Estate's claims asserted against or which could have been asserted against the Defendants, including without limitation all claims relating to the Chevron Employee Savings Investment Plan and its administration, and an adjudication of the parties' rights *vel non* in and to the funds currently on deposit in the registry of the Chancery Court of Jackson County, Mississippi.

The Court, being informed that the Estate and the Defendants have reached a compromise and settlement of all claims asserted by the Estate against the Defendants in this cause, and being otherwise fully advised in the premises, is of the opinion, and so finds that there is no just reason for delay in entering a final judgment dismissing all of the Estate's claims with prejudice.

The Court further finds that the Affidavit of Gemma Luces, ECF Doc. No. 6-1, establishes that 100 percent of Stanley Craig Watson's ESIP account was disbursed to the wrong person. The Luces Affidavit is uncontested. The balance of that disbursement, which is currently on deposit in the registry of the Chancery Court of Jackson County, Mississippi for Cause Number 18-2031-TLH should be disbursed to the Chevron Employee Savings Investment Plan c/o Michael C.

McCabe, Jr., P.O. Box 4248, Gulfport, Mississippi 39502-4248 for an appropriate accounting and further handling.

The Court further finds that this matter should be finally closed on its docket because all of the Plaintiffs in this matter have now settled[1] (*See* Agreed Final Judgments of Dismissal With Prejudice as to Plaintiffs, Glenn Watson and Brenda Smith, ECF Doc. Nos. 18 and 29) all of their claims asserted against or which could have been asserted against the Defendants.

IT IS, THEREFORE ORDERED AND ADJUDGED that the funds currently on deposit in the registry of the Chancery Court of Jackson County, Mississippi for Cause Number 18-2031-TLH should be disbursed to the Chevron Employee Savings Investment Plan c/o Michael C. McCabe, Jr., P.O. Box 4248, Gulfport, Mississippi 39502-4248 for an appropriate accounting and further handling.

IT IS FURTHER ORDERED AND ADJUDGED that the claims asserted by Plaintiff, the Estate of Stanley Craig Watson, Deceased, against Defendants, Chevron U.S.A. Inc. and Fidelity Workplace Services, LLC, including without limitation all claims relating to the Chevron Employee Savings Investment Plan and its administration, and an adjudication of the parties' rights *vel non* in and to the funds currently on deposit in the registry of the Chancery Court of Jackson County, Mississippi are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO, ORDERED, this the 24th day of October, 2022.

s/ Halil Suleyman Ozerden
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

---

[1] *See* Agreed Final Judgments of Dismissal With Prejudice as to Plaintiffs, Glenn Watson and Brenda Smith, ECF Doc. Nos. 18 and 29.

APPROVED AND AGREED:

*/s/ Martin A. Seib*
MARTIN A. SEIB
MARTIN A. SEIB, ATTORNEY AT LAW
346 Cox St.
Lucedale, MS 39452

*/s/ David N. Harris, Jr.*
DAVID N. HARRIS, JR.
DAVID N. HARRIS, JR. LAW FIRM, PLLC
134 Rue Magnolia, Suite A
Biloxi, MS 39531

***ATTORNEYS FOR PLAINTIFF, THE ESTATE OF STANLEY CRAIG WATSON, DECEASED***

*/s/ Michael C. McCabe, Jr.*
MICHAEL C. MCCABE, JR.
BUTLER SNOW LLP
1300 Twenty Fifth Avenue, Suite 204
Gulfport, MS 39501
P.O. Box 4248
Gulfport, MS 39502-4248
Phone (228) 864-1170
Fax: (228) 868-1531
E-mail: michael.mccabe@butlersnow.com

***ATTORNEY FOR DEFENDANTS, CHEVRON U.S.A., INC. AND FIDELITY WORKPLACE SERVICES, LLC***